**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Belton HARRIS, Jr., a/k/a Lett,
Defendant—Appellant.**

No. 08–6941.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 22, 2008.

Decided: Nov. 13, 2008.

304

Belton Harris, Jr., Appellant Pro Se. Stacey Denise Haynes, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Belton Harris, Jr., appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. We deny the motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*